**Fill in this information to identify the case:**

Debtor 1  Kenneth W. Punch

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern   District of TX
(State)

Case number  16-31891

---

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** US Bank Trust N.A., as trustee of Bungalow Series F Trust

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 3138 ___ ___ ___

**Property address:** 2301 Cherry Creek East
Number    Street

Shepherd, TX 77371
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[✓] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[✓] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 05 / 01 / 2021
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ___
MM / DD / YYYY

Debtor 1  Kenneth W. Punch
          First Name   Middle Name   Last Name

Case number (*if known*) 16-31891

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Chase A. Berger
  Signature

Date 04/26/2021

Print: Chase A. Berger
       First Name   Middle Name   Last Name

Title: Authorized Agent

Company: Ghidotti Berger LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1920 Old Tustin Avenue
         Number   Street

Santa Ana, CA 92705
City   State   ZIP Code

Contact phone (949) 427-2010

Email: bknotifications@ghidottiberger.com

Form 4100R    Response to Notice of Final Cure Payment    page 2

**CERTIFICATE OF SERVICE**

On April 27, 2021, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Christopher Todd Morrison
attyctm2100@yahoo.com

US TRUSTEE
US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

CHAPTER 13 Trustee
William E. Heitkamp
heitkamp@ch13hou.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice

On April 27, 2021, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Kenneth W. Punch
2301 Cherry Creek East
Shepherd, TX 77371

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice